FILED

08/26/2022

Bowen Greenwood
CLERK OF THE SUPREME COURT
STATE OF MONTANA

Case Number: DA 21-0512

IN THE SUPREME COURT OF THE STATE OF MONTANA

DA 21-0512

_____

STATE OF MONTANA,

    Plaintiff and Appellee,

   v.                              O R D E R

CLOVIS GENO,

    Defendant and Appellant.

_____

Appellant Clovis Geno was granted an extension of time to file and serve his opening brief on or before August 15, 2022. Nothing further was filed and the opening brief is now overdue.

THEREFORE,

IT IS ORDERED that Appellant shall prepare, file and serve the opening brief on appeal no later than September 26, 2022. Failure to file the brief within that time will result in dismissal of this appeal with prejudice and without further notice.

The Clerk is directed to provide a copy of this Order to all counsel of record.

Electronically signed by:
Mike McGrath
Chief Justice, Montana Supreme Court
August 26 2022